MELISSA BESECKER, SBN 201591
ELIZABETH F. ROJAS
CHAPTER 13 TRUSTEE
15060 VENTURA BLVD., SUITE 240
SHERMAN OAKS, CA 91403
(818) 933-5700; fax (818) 933-5755





UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

NORBERTO HUERTA
And MARIA HUERTA,

DEBTOR(S).

CHAPTER 13

CASE NO. ND 10-10911 RR

NOTICE OF CONFIRMATION HEARING AND
TRUSTEE'S DECLARATION IN OBJECTION TO
PLAN CONFIRMATION

CONFIRMATION HEARING
Date:    April 22, 2010
Time:    10:00 A.M.
Place:   1415 State St. CTRM 201
         Santa Barbara, CA 93101

§341(a) was conducted on March 31, 2010

### PROOF OF INCOME – 11 U.S.C. §1321(a)(1); LOCAL BANKRUPTCY RULE 3015-1(c)(2)(4):

X    Insufficient evidence of income. Debtor(s) to provide the following evidence of income: 1) current pay stubs –debtor-wife;
2) unemployment; 3) complete copy of and 2009 income tax return.

### MISCELLANEOUS:

X    Debtor(s) to amend plan for treatment of secured creditor Wells Fargo -2nd trust deed. Debtor(s) must do adversary proceeding to avoid lien.

X    Trustee to request interlineations that all tax returns be submitted to the Trustee; all tax refunds to be submitted into the plan and the debtor(s) will not incur debt greater than $500 without Court permission.

**All information to be provided 15 days prior to the hearing.**

Wherefore, the Chapter 13 Trustee requests that the debtor(s) case be dismissed due to the debtor(s)' failure to comply with the terms of Chapter 13.

I declare that the above is true and complete to the best of my knowledge. Executed at Sherman Oaks, California on April 07, 2010.

Melissa Besecker, Attorney for the Chapter 13 Trustee

Case 9:10-bk-10911-RR    Doc 18    Filed 04/09/10    Entered 04/14/10 08:48:43    Desc
Page 2 of 2

| | |
|---|---|
| 1 | Elizabeth Rojas, Chapter 13 Trustee |
| | 15060 Ventura Blvd., Suite 240 |
| 2 | Sherman Oaks, CA 91403 |
| | (818) 933-5700  Fax: (818) 933-5755 |
| 3 | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
NORTHERN DIVISION

IN RE:                                )   CHAPTER 13
                                      )   CASE NO. ND10-10911-RR
Norberto Huerta                       )
Maria Huerta                          )
                                      )   **PROOF OF SERVICE BY MAIL**
                                      )
                  DEBTORS             )
                                      )

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15060 Ventura Blvd., Suite 240, Sherman Oaks, CA 91403, and that on 4/8/2010 I served the following document(s): NOTICE OF CONFIRMATION HEARING AND TRUSTEE'S DECLARATION IN OBJECTION TO PLAN CONFIRMATION on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

Norberto Huerta                       Charles W Oaks
Maria Huerta                          Francis & Associates
335 Libre St                          711 S &quot;A&quot; St
Oxnard, CA  93030                     Oxnard, CA  93030

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA  93101-3101

Executed at Sherman Oaks, California on April 08, 2010.

_____
Sophia Lawrence

Case No. ND10-10911-RR
